IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Destinee Tracht, | ) | C/A No. 3:21-115-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Jeffery S. Cremeans; Quaker Steak & Lube of Columbia, LLC; Quaker Steak & Lube of South Carolina, LLC; U.S. Xpress Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The above-captioned case was removed from the Richland County Court of Common Pleas by Defendants Quaker Steak & Lube of Columbia, LLC and Quaker Steak & Lube of South Carolina, LLC. On February 10, 2021, the court directed Plaintiff to file answers to the court's interrogatories pursuant to Local Civil Rule 26.01 (D.S.C.). (ECF No. 10.) Plaintiff failed to respond to the court's order. On March 10, 2021, the court again directed Plaintiff to file answers to the court's interrogatories. (ECF No. 22.) Plaintiff was warned that failure to comply with the court's order may result in dismissal of the case for failure to prosecute. Plaintiff has not responded to the court's order, nor is there any evidence in the record that Plaintiff intends to continue with this action.

Accordingly, Plaintiff shall advise the court as to whether she wishes to continue with this case and file answers to the court's interrogatories within **fourteen (14) days** from the date of this order, plus three days for mail time. Plaintiff is further advised that if she fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

_____
April 14, 2021  Paige J. Gossett
Columbia, South Carolina  UNITED STATES MAGISTRATE JUDGE